UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
T: 856-696-8300
F: 856-696-3586
Mylawyer7@aol.com
Debtor's Counsel

Order Filed on November 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.:  17-25606 |
| Larue Smith | Chapter:  13 |
| | Judge:  POSLUSNY |

## ORDER ON MOTION FOR AUTHORIZATION
## TO ENTER INTO TRIAL LOAN MODIFICATION AGREEMENT
## (CHAPTER 13)

The relief set forth on the following page is **ORDERED**.

**DATED: November 19, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the Motion for Authorization to Enter into Trial Loan Modification Agreement filed on  November 4, 2021  , as to the First mortgage concerning real property located at 1125 E. Park Ave, Vineland, NJ 08360 , and the Court having considered any objections filed to such motion, it is hereby **ORDERED** that:

The debtor is authorized to enter into the Trial loan modification agreement;

It is **FURTHER ORDERED** that approval of a Final Loan Modification is subject to a separate motion and separate approval.