UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
T: 856-696-8300
F: 856-696-3586
Mylawyer7@aol.com
Debtor's Counsel

Order Filed on November 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Larue Smith

Case No.: 17-25606

Chapter: 13

Judge: POSLUSNY

## ORDER ON MOTION FOR AUTHORIZATION
## TO ENTER INTO TRIAL LOAN MODIFICATION AGREEMENT
## (CHAPTER 13)

The relief set forth on the following page is **ORDERED**.

**DATED: November 19, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

   The Court having reviewed the Motion for Authorization to Enter into Trial Loan Modification Agreement filed on _November 4, 2021_, as to the First mortgage concerning real property located at 1125 E. Park Ave, Vineland, NJ 08360, and the Court having considered any objections filed to such motion, it is hereby **ORDERED** that:

The debtor is authorized to enter into the Trial loan modification agreement;

It is **FURTHER ORDERED** that approval of a Final Loan Modification is subject to a separate motion and separate approval.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-25606-JNP |
| Larue Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Larue Smith, 1125 E. Park Ave., Vineland, NJ 08360-3323 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 19, 2021 | Form ID: pdf903 | Total Noticed: 1

James Patrick Shay
      on behalf of Creditor QUICKEN LOANS INC. shay@bbs-law.com  jpshay@gmail.com

Seymour Wasserstrum
      on behalf of Debtor Larue Smith mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8