Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  17–25606–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Larue Smith
  1125 E. Park Ave.
  Vineland, NJ 08360

Social Security No.:
  xxx–xx–1501

Employer's Tax I.D. No.:

_____

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 7, 2019.

On 4/20/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:               June 1, 2022
Time:               09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 21, 2022
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 17-25606-JNP

Larue Smith                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 3

Date Rcvd: Apr 21, 2022                       Form ID: 185                              Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larue Smith, 1125 E. Park Ave., Vineland, NJ 08360-3323 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517006554 | + | Advantage Collection Techniques, PO Box 400, C/O South Jersey Gas, Moorestown, NJ 08057-0400 |
| 516977853 | + | Hummingbird Loans, 1888 Mission Street, San Francisco, CA 94103-3502 |
| 519050639 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 516977855 | + | Landis Sewage Authority, 1776 S. Mill Road, Vineland, NJ 08360-6200 |
| 516977857 | + | Mobile Loans, Llc, PO Box 1409, Marksville, LA 71351-1409 |
| 517388970 | | Office of the Attorney General, 25 Market St., PO Box 112, Richard K Hughes Justice Complez, Trenton, NJ 08625-0112 |
| 516977859 | + | Phelan Hallinan & Diamond, & Jones, PC, 400 Fellowship Road Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516977861 | | Silver Cloud Financial, 635 East Hwy, 20 C, Upper Lake, CA 94585 |
| 516977862 | + | Solid Oak Funding, PO Box 555, Hays, MT 59527-0555 |
| 516977863 | + | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 517388971 | | State of New Jersey, PO Box 245, Dept of Treasure-Division of Taxation, Trenton, NJ 08695-0245 |
| 516977864 | + | Surge Card, P.O. Box 8099, Newark, DE 19714-8099 |
| 516977865 | + | Vineland Muncipal Utilities, 640 East Wood Street, Vineland, NJ 08360-3722 |
| 516977866 | + | Zoca Loan, 1888 Mission Street, San Francisco, CA 94103-3502 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 21 2022 20:41:00 | Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 516977851 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2022 20:46:03 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 516977852 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 21 2022 20:45:46 | CreditOne Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 517388968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2022 20:40:00 | IRS, PO Box 725 Special Procedures Function, Springfield, NJ 07081 |
| 516977854 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 21 2022 20:41:00 | Jefferson Capital Systems, PO Box 772813, c/o salute visa gold, Chicago, IL 60677-0113 |
| 517137153 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 20:45:49 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital |

District/off: 0312-1 | User: admin | Page 2 of 3

Date Rcvd: Apr 21, 2022 | Form ID: 185 | Total Noticed: 31

| | | | |
|---|---|---|---|
| | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516977856 | Email/Text: ecrean@membersonenj.org | Apr 21 2022 20:40:00 | Members 1st Of NJ, 37 W. Landis Ave, Vineland, NJ 08360 |
| 517028570 | Email/PDF: cbp@onemainfinancial.com | Apr 21 2022 20:46:15 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516977858 | Email/PDF: cbp@onemainfinancial.com | Apr 21 2022 20:45:31 | One Main Financial, 1881 So. Delsea Drive, Suite 1, Vineland, NJ 08360-6398 |
| 517107446 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2022 20:46:06 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517084602 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 21 2022 20:41:00 | QUICKEN LOANS INC., QUICKEN LOANS, INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 516977860 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 21 2022 20:41:00 | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517388967 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 517388969 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517535122 | *+ | QUICKEN LOANS INC., QUICKEN LOANS, INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 516977850 | ##+ | Burton Bail Bonds, 44 Cooper St. Suite A, Woodbury, NJ 08096-4639 |
| 517006555 | ##+ | Robert S. Greenberg, 1070 E Chestnut Ave, Vineland, NJ 08360-5843 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

James Patrick Shay
    on behalf of Creditor QUICKEN LOANS INC. shay@bbs-law.com  jpshay@gmail.com

Seymour Wasserstrum
    on behalf of Debtor Larue Smith mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8