Imaged Certificate of Notice    Page 1 of 4

Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−25606−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Larue Smith
   1125 E. Park Ave.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−1501

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 7, 2022.

Dated: September 7, 2022
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Larue Smith  
Debtor

Case No. 17-25606-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3  
Date Rcvd: Sep 07, 2022 Form ID: plncf13 Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larue Smith, 1125 E. Park Ave., Vineland, NJ 08360-3323 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517006554 | + | Advantage Collection Techniques, PO Box 400, C/O South Jersey Gas, Moorestown, NJ 08057-0400 |
| 516977853 | + | Hummingbird Loans, 1888 Mission Street, San Francisco, CA 94103-3502 |
| 519050639 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 516977855 | + | Landis Sewage Authority, 1776 S. Mill Road, Vineland, NJ 08360-6200 |
| 516977859 | + | Phelan Hallinan & Diamond, & Jones, PC, 400 Fellowship Road Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517006555 | + | Robert S. Greenberg, 1070 E Chestnut Ave, Vineland, NJ 08360-5843 |
| 516977861 | | Silver Cloud Financial, 635 East Hwy, 20 C, Upper Lake, CA 94585 |
| 516977862 | + | Solid Oak Funding, PO Box 555, Hays, MT 59527-0555 |
| 516977863 | + | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 517388971 | | State of New Jersey, PO Box 245, Dept of Treasure-Division of Taxation, Trenton, NJ 08695-0245 |
| 516977865 | + | Vineland Muncipal Utilities, 640 East Wood Street, Vineland, NJ 08360-3722 |
| 516977866 | + | Zoca Loan, 1888 Mission Street, San Francisco, CA 94103-3502 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 07 2022 20:35:00 | Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 516977864 | | Email/Text: cfcbackoffice@contfinco.com | Sep 07 2022 20:35:00 | Surge Card, P.O. Box 8099, Newark, DE 19714 |
| 516977851 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 07 2022 20:45:03 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 516977852 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 07 2022 20:45:05 | CreditOne Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 517388968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 07 2022 20:35:00 | IRS, PO Box 725 Special Procedures Function, Springfield, NJ 07081 |
| 516977854 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 07 2022 20:35:00 | Jefferson Capital Systems, PO Box 772813, c/o salute visa gold, Chicago, IL 60677-0113 |
| 519050639 | ^ | MEBN | Sep 07 2022 20:33:14 | KML Law Group, P.C., 701 Market Street, Suite |

Case 17-25606-JNP    Doc 145    Filed 09/09/22    Entered 09/10/22 00:15:39    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: plncf13 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | | 5000, Philadelphia, PA 19106-1541 |
| 517137153 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2022 20:44:56 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516977856 | | Email/Text: ecrean@membersonenj.org | Sep 07 2022 20:35:00 | Members 1st Of NJ, 37 W. Landis Ave, Vineland, NJ 08360 |
| 516977857 | ^ | MEBN | Sep 07 2022 20:32:54 | Mobile Loans, Llc, PO Box 1409, Marksville, LA 71351-1409 |
| 517028570 | | Email/PDF: cbp@onemainfinancial.com | Sep 07 2022 20:44:41 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517388970 | ^ | MEBN | Sep 07 2022 20:32:29 | Office of the Attorney General, 25 Market St., PO Box 112, Richard K Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 516977858 | | Email/PDF: cbp@onemainfinancial.com | Sep 07 2022 20:44:41 | One Main Financial, 1881 So. Delsea Drive, Suite 1, Vineland, NJ 08360-6398 |
| 517107446 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 20:45:05 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517084602 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 07 2022 20:35:00 | QUICKEN LOANS INC., QUICKEN LOANS, INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 516977860 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 07 2022 20:35:00 | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517388967 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 517388969 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517535122 | *+ | QUICKEN LOANS INC., QUICKEN LOANS, INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 516977850 | ##+ | Burton Bail Bonds, 44 Cooper St. Suite A, Woodbury, NJ 08096-4639 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2022              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 07, 2022 | Form ID: plncf13 | Total Noticed: 32 |

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

James Patrick Shay
    on behalf of Creditor QUICKEN LOANS INC. shay@bbs-law.com jpshay@gmail.com

Seymour Wasserstrum
    on behalf of Debtor Larue Smith mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8