Certificate Number: 15111-NJ-DE-036872936

Bankruptcy Case Number: 17-25606



15111-NJ-DE-036872936

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2022, at 10:17 o'clock PM EDT, Larue Smith completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 2, 2022               By:    /s/Ryan McDonough

                                      Name:  Ryan McDonough

                                      Title: Executive Director of Education